UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

    Plaintiff,

v.

SCOTT FINK, *et al.*,

    Defendants.
_____/

Case No. 22-cv-10166
Hon. Matthew F. Leitman

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS (ECF No. 12)**

On September 7, 2022, the Court held a hearing on Defendants' motion to dismiss in this action. (*See* Mot., ECF No. 12.)  For the reasons explained on the record during the hearing, Defendants' motion is **DENIED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  September 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2022, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126

1