UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. BOOTH,

    Plaintiff,

v.

                          Case No. 22-cv-10166
                          Hon. Matthew F. Leitman

SCOTT FINK, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING PLAINTIFF'S MOTION TO CONSOLIDATE CASES (ECF No. 37) AS MOOT

In this action, Plaintiff Earl D. Booth brings claims against Defendant Scott Fink arising out of a Social Medica Policy issued by the Michigan Department of Corrections. On July 9, 2023, Booth filed a second action against Fink in this Court. *See Booth v. Fink*, E.D. Mich. Case No. 23-cv-11629. Booth then filed a motion in this case asking the Court to consolidate the two actions. (*See* Mot., ECF No. 37.)

On July 12, 2023, the Court transferred Booth's second action to the United States District Court for the Western District of Michigan. *See Booth v. Fink*, E.D. Mich. Case No. 23-cv-11629, ECF No. 27. That case is no longer pending in this Court. Thus, Booth's motion to consolidate is now moot.

Accordingly, for the reasons explained above, Booth's motion to consolidate (ECF No. 37) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126